| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 34 minutes | | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK William F. Tabunut | LIBERTY RECORDER: 10:38am - 11:12am | | |
| MAGISTRATE JUDGE Kandis A. Westmore | DATE 3/7/2023 | NEW CASE ☐ | CASE NUMBER 4:23-cr-00074-HSG-1 | |

## APPEARANCES

| DEFENDANT Charles Harris | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Stephen Prekoski | PD. ☐  RET. ☒  APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Kelly Volkar | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Shafia Khanoon | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

## PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR 2 minutes | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ STATUS TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL 1 minute | ☒ ARRAIGNMENT 2 minutes | ☐ BOND HEARING | ☐ IA REV PROB. or S/R | ☐ OTHER |
| ☒ STATUS RE: DETENTION HRG 29 minutes | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ 100,000 | SPECIAL NOTES | ☒ PASSPORT SURRENDERED DATE: 3/10/2023 |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT / POST BAIL | ☐ DETAINED  ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

## PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 4/19/2023 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 2:00pm | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS |
| BEFORE HON. Haywood S. Gilliam Jr. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

Government declines to seek detention, parties have reached an agreement as to terms and conditions of release. Defendant is in agreement with the terms and conditions of release. DPPA advised.

DOCUMENT NUMBER: