**ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Kandis A. Westmore<br>U.S. Magistrate Judge | **RE:** | Charles HARRIS |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 4:23-cr-00074-HSG |
| **Date:** | 3/13/23 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Anthony Granados                                           408-535-5223

U.S. Pretrial Services Officer                          **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)  **The Following Conditions are DELETED:**

  A. **Defendant must remain at his residence at all times except for: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearance; or other activities approved in advance by Pretrial Services; and**
  B. **Defendant must submit to location monitoring as directed by Pretrial Services.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____

*Kandis Westmore*                                           March 14, 2023
**JUDICIAL OFFICER**                                       **DATE**